**Mario Howard LLOYD, Plaintiff—
Appellant,**

v.

**Geraldo MALDONADO, Warden;
United States of America,
Defendants—Appellees.**

No. 04–6778.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 15, 2004.

Decided: July 23, 2004.

814

Mario Howard Lloyd, Appellant pro se.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mario Howard Lloyd, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. *See Lloyd v. Maldonado,* No. CA–02–1604–2–12 (D.S.C. Apr. 8, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*